IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE COMBO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07CV00092 |
| ) | |
| BLACK ENTERTAINMENT ) | Judge Gladys Kessler |
| TELEVISION, LLC, A.K.A. BET ) | |
| ) | |
| Defendant. ) | |

NOTICE OF APPEARANCE OF LEAD COUNSEL
FOR DEFENDANT BLACK ENTERTAINMENT TELEVISION, LLC

Please enter the appearance of the following lead counsel for Defendant Black Entertainment Television, LLC:

>   Grace E. Speights (D.C. Bar # 392091)
>   Morgan, Lewis & Bockius LLP
>   1111 Pennsylvania Avenue, N.W.
>   Washington, D.C. 20004
>   Phone: (202) 739-5189
>   Fax: (202) 739-3001
>   gspeights@morganlewis.com

Date: March 27, 2007                    Respectfully submitted,

>   s/ Grace E. Speights
>   Grace E. Speights (D.C. Bar # 392091)
>   Morgan, Lewis & Bockius LLP
>   1111 Pennsylvania Avenue, N.W.
>   Washington, D.C. 20004
>   Phone: (202) 739-5189
>   Fax: (202) 739-3001
>   gspeights@morganlewis.com
>
>   Lead Attorney for Defendant Black Entertainment Television, LLC

1-WA/2726229.1

## CERTIFICATE OF SERVICE

    I hereby certify that on this 27th day of March, 2007, a copy of the foregoing Notice of Appearance was served via the electronic case filing (CM/ECF) system and first-class mail on Counsel for Plaintiff as follows:

>Jimmy A. Bell, Esq.
>The Law Offices of Jimmy A. Bell, P.C.
>9610 Marlboro Pike
>Upper Marlboro, MD 20772

>s/ John S. Ferrer
>John S. Ferrer