IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE COMBO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07CV00092 |
| ) | |
| BLACK ENTERTAINMENT ) | Judge Gladys Kessler |
| TELEVISION, LLC, A.K.A. BET ) | |
| ) | |
| Defendant. ) | |

NOTICE OF APPEARANCE OF COUNSEL
FOR DEFENDANT BLACK ENTERTAINMENT TELEVISION, LLC

Please enter the appearance of the following counsel for Defendant Black Entertainment Television, LLC:

> John S. Ferrer (D.C. Bar # 489679)
> Morgan, Lewis & Bockius LLP
> 1111 Pennsylvania Avenue, N.W.
> Washington, D.C., 20004
> Phone: (202) 739-5317
> Fax: (202) 739-3001
> jferrer@morganlewis.com

Date: March 27, 2007

Respectfully submitted,

/s/
Grace E. Speights (D.C. Bar # 392091)
John S. Ferrer (D.C. Bar # 489679)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 739-5189/5317
Fax: (202) 739-3001

*Attorneys for Defendant Black Entertainment Television, LLC*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 27th day of March, 2007, a copy of the foregoing Notice of Appearance was served via the electronic case filing (CM/ECF) system and first-class mail on Counsel for Plaintiff as follows:

        Jimmy A. Bell, Esq.
        The Law Offices of Jimmy A. Bell, P.C.
        9610 Marlboro Pike
        Upper Marlboro, MD 20772

                /s/
              John S. Ferrer