# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDRE COMBO,** | : |
| Plaintiff, | : |
| v. | : Case No.: 1:07-cv-00092-GK |
| **BLACK ENTERTAINMENT TELEVISION, LLC, A.K.A. BET** | : |
| Defendant. | : |

## REPORT OF LOCAL RULE 16.3 CONFERENCE

Pursuant to the rules of this Court, counsel in the above-referenced matter submit this report regarding the issues discussed at their LCvR 16.3 Conference. A proposed Scheduling Order incorporating the parties' report is attached.

**I.   STATEMENT OF THE CASE**

Plaintiff was employed by Black Entertainment Television ("BET"). Plaintiff alleges that he suffered a material change in the conditions of his employment based upon discrimination. Plaintiff received superior appraisals. Plaintiff also alleges that concurrent with this change in job status, other BET employees not in his protected class received different treatment.

Defendant denies that it has discriminated against Plaintiff because of his gender (male). Defendant also denies that it published false and defamatory statements about Plaintiff.

**II.    RULE 16.3 REPORT**

1. <u>Status of Dispositive Motions</u>:  Plaintiff does not believe that this action may be resolved by dispositive motion following discovery.  Defendant believes that this action may be dismissed through a Motion for Summary Judgment following discovery.

2. <u>Amended Pleadings</u>:  The parties do not at this time anticipate that it will be necessary to join third parties or amend the pleadings.

3. <u>Assignment to Magistrate Judge</u>:  The parties do not consent to assignment of a magistrate judge for trial.

4. <u>Settlement Possibility</u>:  The parties believe that mediation may prove fruitful in this matter.

5. <u>Alternative Dispute Procedures</u>:  The parties believe this matter could benefit from the Court's alternative dispute resolution procedures and believe the matter should be referred to ADR after the completion of discovery.

6. <u>Dispositive Motions</u>:  The parties believe that any dispositive motion should be filed within 45 days of the close of discovery, that any opposition to that motion should be filed within 30 days of the filing of the motion, and that any reply should be filed within 30 days of the filing of the opposition.

7. <u>Initial Disclosures</u>:  The parties agree that they should provide initial disclosures as required by Fed. R. Civ. P. 26(a)(1).

8. <u>Discovery</u>.  The parties request 150 days to complete discovery.  The parties agree to limit the number of interrogatories to 25 per side.  The parties agree to limit the number of depositions to 10 per side.

9. <u>Experts</u>:  The parties agree that the requirements of Fed. R. Civ. P. 26(a)(2) should not be modified.  Plaintiff agrees to name his experts and provide the Expert Report(s) within sixty (60) days following the initial scheduling conference and believes the Defendant should name its experts and provide the Expert Report(s) within thirty (30) days thereafter.  The Defendant believes it should name its experts and provide the Expert Report(s) sixty (60) days thereafter or after Plaintiff's experts are deposed.

10. <u>Class Action Procedures</u>:  Not applicable.

11. <u>Bifurcation of Discovery or Trial</u>:  The parties do not believe that bifurcation of this matter is necessary.  However, to the extent Plaintiff seeks punitive damages at trial, Defendant reserves the right to request bifurcation of that issue at trial.

12. <u>Proposed Date for the Pretrial Conference</u>:  The parties believe that a pretrial conference should be scheduled after the close of discovery.

13. <u>Trial Date</u>:  The parties agree that, if necessary, a trial date should be set at the pretrial conference.

The parties hereby certify that all items required to be discussed by Rule 26(f) and LCvR 16.3(c) were addressed.

Dated: April 16, 2007          Respectfully submitted,

            /s/
Jimmy A. Bell, Esq. (Bar No. MD 14639)
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD  20772
(301) 599-7620
(301) 599-7623 (Fax)
jimbellesq@aol.com
*Counsel for Plaintiff*

            /s/
Grace E. Speights (Bar No. 392091)
John S. Ferrer (Bar No. 489679)
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Ave, NW
Washington, DC 20004
(202) 739-5189/5317
(202) 739-3001 (fax)
gspeights@morganlewis.com
jferrer@morganlewis.com
*Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANDRE COMBO,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 1:07-cv-00092-GK |
| : | |
| **BLACK ENTERTAINMENT** : | |
| **TELEVISION, LLC, A.K.A. BET** : | |
| : | |
| Defendant. : | |

**INITIAL SCHEDULING ORDER**

UPON CONSIDERATION of the Report of Local Rule 16.3 Conference and the entire record herein, it is this _____ day of _____, 2007 hereby

ORDERED that the parties shall be allowed a discovery period of 150 days from the date of the initial scheduling conference in this matter, and it is further;

ORDERED that any dispositive motions shall be filed no later than 45 days after the close of discovery, any opposition thereto shall be filed no later than 30 days following the filing of the dispositive motion; and any reply shall be filed no later than 30 days following the filing of the opposition; and it is further

ORDERED that expert witness reports shall be exchanged in accordance with Fed. R. Civ. P. 26(a)(2), as modified.  Plaintiff will name experts and provide their reports within 60 days of the initial scheduling order.  The Defendant will name experts and provide their reports 60 days thereafter.

Date:_____                    _____
                                                United States District Judge