IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE COMBO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07CV00092 |
| ) | |
| BLACK ENTERTAINMENT ) | Judge Gladys Kessler |
| TELEVISION, LLC, A.K.A. BET ) | |
| ) | Next Event: Proponent's Rule 26(a)(2) |
| ) | Disclosure Due 6/15/07 |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR A STATUS CONFERENCE**

Pursuant to Local Rule 7, Defendant Black Entertainment Television, LLC ("BET") respectfully moves the Court to schedule a status conference with the parties in this action. Specifically, BET requests a conference to discuss whether Plaintiff wishes to continue to prosecute this case. In support of its Motion, BET states as follows:

1. On March 7, 2007, Plaintiff served Defendant with a complaint alleging (1) discrimination in violation of the District of Columbia Human Rights Act ("DCHRA"), D.C. Code § 2-1401; and (2) defamation. *See* Compl. ¶ 35, 37-39.

2. On April 24, 2007, Defendant became aware of a letter from Plaintiff to Betty Panarella, Senior Vice President of Employee Relations and Development for Viacom Inc., Defendant's parent company. *See* April 20, 2007 letter to Betty Panarella, attached hereto as Exhibit A. In his letter, Plaintiff informed Ms. Panarella that he had fired his attorney and also appears to state that he wishes to dismiss his lawsuit against Defendant.

2. On May 4, 2007, Defendant's counsel, Grace E. Speights, contacted Plaintiff's counsel of record, Jimmy A. Bell, by letter to notify him about Plaintiff's letter to Ms. Panarella. *See* May 4, 2007 letter to Plaintiff's counsel, attached hereto as Exhibit B. In her letter, Ms. Speights requested that Plaintiff's counsel contact her by May 10, 2007 regarding whether he still represented Plaintiff.

3. On May 8, 2007, Plaintiff's counsel of record informed Defendant's counsel that he intended to withdraw as Plaintiff's counsel that day.

4. Plaintiff's Rule 26(a)(1) disclosures were due on May 3, 2007. To date, Defendant has not received Plaintiff's Rule 26(a)(1) disclosures.

5. Because Defendant does not want to unnecessarily incur additional attorneys' fees and other costs in defending an action that Plaintiff does not wish to prosecute, Defendant requests that the Court schedule a status conference with the parties to confirm that Plaintiff wishes to dismiss his lawsuit against Defendant.

6. Defendant has conferred with Mr. Bell, Plaintiff's counsel of record, regarding this Motion. Mr. Bell would not consent to this Motion on the grounds that he no longer represents Plaintiff.

7. It is anticipated that the time needed for the requested status conference will be no more than thirty minutes.

WHEREFORE, BET respectfully requests that the Court schedule a status conference with the parties for the purpose of addressing Plaintiff's intention to prosecute this case at a time convenient for the Court.

1-WA/2749443.1

Dated this 9th day of May, 2007.	Respectfully submitted,

					/s/
					———————————————
					Grace E. Speights (D.C. Bar No. 392091)
					John S. Ferrer (D.C. Bar No. 489679)
					Morgan, Lewis & Bockius LLP
					1111 Pennsylvania Ave., N.W.
					Washington, D.C.  20004
					(202) 739-3000
					(202) 739-3001  (Fax)
					*Attorneys for Defendant Viacom Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 9th day of May, 2007, a copy of the foregoing Defendant Black Entertainment Television LLC's Motion for a Status Conference was served via the electronic case filing (CM/ECF) system and first-class mail on Plaintiff's counsel as follows:

> Jimmy A. Bell, Esq.
> The Law Offices of Jimmy A. Bell, P.C.
> 9610 Marlboro Pike
> Upper Marlboro, MD 20772

/s/
_____
John S. Ferrer

Ms. Betty Panarella
Vice President Human Resources
VIACOM
1515 Broadway
New York, NY 10036

April 20, 2007

Dear Ms. Panarella,

I am sending all of the enclosed documents to you because your are the only
Person at VIACOM that have believed the way that I been treated by BET.
I do not have the $36,000.00 to pay the attorney fees from VIACOM
Case. My case was against BET not VIACOM. I did not understand why my
Lawyer attacked VIACOM when you tried to help me. So, I have fired my attorney
because of his mistake with this case.

Nevertheless, I do not wish to seek anything from BET or BET Networks.
I have a much better job with Verizon FiOS Television Media as a manager.
I am excited in my new career. BET was the worst place of employment that
I have ever been employed. I don't know how black people can be so unkind.
I put all of this in my past and I move into my new career.
It was a blessing to move on to a more professional work experience for my life.

Thank you for all of your support with the my human resources
Issues during my employment with VIACOM.

It was a pleasure and I wish you and your staff all the best.


Sincerely,

*[signature]*

Andre R. Combo

Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001
www.morganlewis.com



Morgan Lewis
COUNSELORS AT LAW

Grace E. Speights
Partner
202.739.5189
gspeights@morganlewis.com

May 4, 2007

**VIA FACSIMILE AND FEDERAL EXPRESS**

Jimmy A. Bell, Esq.
The Law Offices of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772

Re:   Combo v. Black Entertainment Television, LLC, Case No. 1:07-cv-00092 (GK) and Combo v. Viacom Inc.

Dear Mr. Bell:

Please find attached a letter we recently became aware of from Andre Combo to Betty Panarella. It appears from this letter that Mr. Combo wishes to dismiss his lawsuits against Viacom, Inc. and Black Entertainment Television, LLC. Please let us know if you still represent Mr. Combo by May 10, 2007. If you do not contact us by then, we will file a motion with the District Court requesting a status conference and seeking attorneys' fees and other costs for having to defend these matters.

Sincerely,

*Grace E. Speights*

Grace E. Speights

Attachment

cc:   John S. Ferrer, Esq.

1-WA/2746856.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDRE COMBO** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07CV00092 |
| ) | |
| **BLACK ENTERTAINMENT** ) | Judge Gladys Kessler |
| **TELEVISION, LLC, A.K.A. BET** ) | |
| ) | Next Event: Proponent's Rule 26(a)(2) |
| ) | Disclosure Due 6/15/07 |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

On consideration of Defendant Black Entertainment Television LLC's Motion For A Status Conference, and good cause therefore having been shown,

IT IS HEREBY ORDERED that the Motion is granted, and a status conference will be held on _____, 2007, in Courtroom _____ at the U.S. District Court for the District of Columbia. Counsel for all parties are directed to attend.


Date: _____                    _____
                                                                    Honorable Gladys Kessler
                                                                    United States District Judge