IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDRE COMBO** : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 1:07-cv-00092-GK |
| v. : | |
| : | |
| **BLACK ENTERTAINMENT** : | |
| **TELEVISION, LLC** : | |
| : | |
| Defendant : | |

## MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY

COMES NOW Jimmy A. Bell, Esq., attorney for Plaintiff and respectfully moves this honorable court for leave to withdraw his appearance as attorney of record.

As grounds, Counsel sets forth the following:

1. Client has terminated Attorney Bell.

2. Counsel hereby certifies that notice to withdraw was sent to Plaintiff on May 3, 2007.

3. Client will not be prejudiced by granting this motion.

WHEREFORE, Attorney Bell prays that this Honorable Court grant his Second Motion for Leave to Withdraw as Attorney of record in the above-captioned case.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (fax)
Counsel for Plaintiff
MD Bar # 14639

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2007, a copy of the foregoing Motion for Leave to Withdraw as Attorney was served, first-class postage prepaid, to the Plaintiff at her last know address. I further certify that on May 3, 2007, Plaintiff was served with a letter advising her of counsel's intent to file a motion to withdraw advising him to either have another attorney enter an appearance in the case or, within five days of service of the Motion to Withdraw, notify the Court's Clerk in writing of her intention to proceed pro se or her intention to object to the withdrawal. These documents were served, first-class postage prepaid to the Plaintiff's last known address of:

> ANDRE COMBO
> 9895 Whiskey Run
> Laurel, Maryland  20723

I further certify that on this 11th day of May, 2007 a copy of the foregoing Motion for Leave to Withdraw as Attorney was served, first-class postage prepaid to:

Grace E. Speights
John Steven Ferrer
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennslyvania Ave, NW
Washington, DC 20004
(202) 739-5189
Fax: (202) 739-3001
Email: gspeights@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

_____
Jimmy A. Bell, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ANDRE COMBO**                                          :
                                                         :
    Plaintiff,                       :
                                                         :    Civil Action No. 02-0524 (JDB)
v.                                                       :
                                                         :
**BLACK ENTERTAINMENT**                                  :
**TELEVISION, LLC**                                      :
                                                         :
    Defendants                       :

## **ORDER**

    Upon review of Attorney Jimmy A. Bell's Motion for Leave to Withdraw as Attorney for Plaintiff, it is this \_\_\_\_\_ day of _____ 2007,

    ORDERED that the Second Motion for Leave to Withdraw shall be and the same is hereby GRANTED.

_____
United States District Judge
for the District of Columbia

cc:
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
Counsel for Plaintiff

Grace E. Speights
John Steven Ferrer
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennslyvania Ave, NW
Washington, DC 20004

ANDRE COMBO
9895 Whiskey Run
Laurel, Maryland  20723