IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDRE COMBO,** | |
| Plaintiff, | |
| v. | Case No.: 1:07-cv-00092-GK |
| **BLACK ENTERTAINMENT TELEVISION, LLC, A.K.A. BET** | Next Event: Status Conference 7/2/07 |
| Defendant. | |

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiff Andre Combo, who is appearing pro se, and Defendant Black Entertainment Television, LLC ("BET"), through its undersigned attorneys, hereby move to stay all further proceedings in this action, including the status conference scheduled for Monday, July 2, 2007, at 10:00 a.m., for thirty (30) days.

The parties make this joint request because they have reached a tentative agreement to settle the issues underlying this litigation. The parties respectfully request 30 days to finalize the terms of the parties' settlement agreement, which shall include Plaintiff voluntarily dismissing his Complaint against Defendant with prejudice, each party to bear its own costs.

1-WA/2785333.1

                                          Respectfully submitted,

Date: June 29, 2007                      /s/
                                        Andre Combo
                                        9895 Whiskey Run
                                        Laurel, MD 20723

Date: June 29, 2007                      /s/
                                        Grace E. Speights (D.C. Bar # 392091)
                                        John S. Ferrer (D.C. Bar # 489679)
                                        Morgan, Lewis & Bockius LLP
                                        1111 Pennsylvania Avenue, N.W.
                                        Washington, D.C. 20004
                                        (202) 739-3000
                                        (202) 739-3001 (fax)

                                        *Counsel for Defendant Black Entertainment Television, LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ANDRE COMBO,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 1:07-cv-00092-GK |
| : | |
| **BLACK ENTERTAINMENT** : | Next Event:  Status Conference 7/2/07 |
| **TELEVISION, LLC, A.K.A. BET** : | |
| : | |
| Defendant. : | |

## **ORDER**

Upon consideration of the parties' Joint Motion to Stay Proceedings, it is hereby

**ORDERED** that the motion is **GRANTED.**

It is further **ORDERED** that:

1) This action is stayed for at least 30 days from the date of this Motion; and

2) Should the parties' tentative agreement fail within that 30 day period, the parties shall:

    a) promptly meet and confer regarding the future processing of this case; and

    b) jointly request an appropriate amendment to the Scheduling Order.


Dated: _____, 2007

                                                                   Honorable Gladys Kessler
                                                                     United States District Judge