IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE COMBO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07CV00092 |
| ) | |
| BLACK ENTERTAINMENT ) | Judge Gladys Kessler |
| TELEVISION, LLC, A.K.A. BET ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action stipulate to the dismissal with prejudice of this action and all claims by ANDRE COMBO against the BLACK ENTERTAINMENT TELEVISION, LLC, with all parties to bear their own fees and costs.

/s/
Andre Combo
*Plaintiff*

/s/
Grace E. Speights (D.C. Bar No. 392091)
John S. Ferrer (D.C. Bar No. 489679)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C.  20004
(202) 739-3000
(202) 739-3001 (Fax)
*Attorneys for Black Entertainment Television, LLC*

**SO ORDERED,** this ____ day of _____, 2007.

_____
Honorable Gladys Kessler
United States District Judge

1-WA/2802080.1